IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JODY HALL     PLAINTIFF

V.     NO. 1:08CV152-D-S

MISSISSIPPI BAND OF CHOCTAW
INDIANS JUSTICE COMPLEX, et al.     DEFENDANTS

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated November 4, 2008, was on that date duly served by mail upon Plaintiff at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

1) the Report and Recommendation of the United States Magistrate Judge dated November 4, 2008, is hereby APPROVED and ADOPTED as the opinion of the court;

2) Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief may be granted; and

3) this matter is CLOSED

THIS the _2nd_ day of December, 2008.

_____
SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI